■ JOAN BROOKS et al., by HAROLD BROOKS, Their Guardian ad Litem, Respondents, v. NEW YORK STATE THRUWAY AUTHORITY, Appellant. (Claim No. 35953.) — Judgment unanimously affirmed, with costs. (Appeal from judgment of Court of Claims for claimants in an automobile negligence action.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JIMMIE LEE PAUL, Appellant.— Order unanimously affirmed. Memorandum: The judgment of conviction was affirmed by this court (9 A D 2d 719) and, according to the District Attorney's brief, leave to appeal to the Court of Appeals was denied in February, 1960 (DESMOND, Ch. J.). The appellate process as to the judgment of conviction was effectively terminated by that denial. (*People* v. *Muller*, 11 N Y 2d 154.) Therefore, *coram nobis* is not available to raise the question sought to be presented. (Appeal from order of Ontario County Court denying a motion to vacate a judgment of conviction for carrying and use of concealed weapons on March 24, 1959, after prior conviction of a crime.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.